

**Patrick M. Dennis**
Attorney at Law
Licensed in Texas and Arizona

Direct Line 713 554 9076
pdennis@DoyleRaizner.com

September 18, 2013

**VIA ECF**
Judge Frederick Scullin
U.S. District Court
100 S. Clinton Street
P.O. Box 7367
Syracuse, New York 13261-7367

Re:  Dante and Carolyn Acosta, et al. v. Tundra Strategies, Inc., et al
     Case No. 5:13-cv-00278-FJS-DEP

Dear Judge Scullin:

This letter is to inform the Court that a settlement has been reached in this case by all parties for all claims. The parties hereby stipulate to a discontinuance in this lawsuit.

If this request meets with the Court's approval, the parties jointly and respectfully request that the Court So Order this letter.

Respectfully submitted,

*Pat M.D.*

Patrick Dennis

Agreed:

*Colleen D. Holland*  9/19/2013
COUNSEL FOR DEFENDANTS         DATE



**Patrick M. Dennis**
Attorney at Law
Licensed in Texas and Arizona

Direct Line 713 554 9076
pdennis@DoyleRaizner.com

SO ORDERED:

_signature_

Judge Scullin

DATED: September 19, 2013